**1582** SHANAHAN (Highway Comr., Columbus) vs. SHINDLER (Highway Comr., Casco), No. 11952.

To compel a highway commissioner to build a bridge.

Denied, without prejudice, May 6, 1891.

Relator, highway commissioner of the township of Columbus, sought to compel respondent as highway commissioner of the township of Casco, to build a bridge under an agreement made some years before apportioning the highway. Negotiations had for some time been carried on between the township boards, and there was no allegation that any provision had been made for the expense of such construction.

**1583** STITT (Highway Comr., Fulton) vs. CASTERLINE (Highway Comr., Essex.), No. 12141.

To compel respondent to meet with relator and act with reference to the construction of a bridge on line between townships.

Denied December 21, 1891, with costs.

The answer alleged that an agreement had been entered into some years ago between the townships, by the terms of which respondent was to keep in good repair a certain highway, and in consideration thereof relator was to keep in repair and maintain the bridge, and that respondent had performed its undertaking.

**1584** TRAVIS vs. SKINNER (Commissioner of Highways, Cooper Twp.), 72 M., 152.

To compel respondent to repair a bridge, where by the return it appeared that, in his opinion, the cost of the same will exceed $1,000.

Denied October 26, 1888.

Held, that under How. Stat., Sec. 1381, the opinion of the commissioner of highways as to the cost must prevail.